UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard Wansker</u>

      v.         Civil No. 06-cv-171-JD

<u>Target Corporation</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: #Document # 7, Joint List of Mediators, filed by Target Corporation

DATE FILED:   June 30, 2006

  The document above fails to comply with Local Rule 53.1(c)(2):

  The parties shall within 48 hours **conventionally** file a list of 5 possible mediators.

  It is herewith ordered that the document is stricken, returned herewith to the submitting party, and must be conventionally refiled.

  SO ORDERED.

July 5, 2006            <u>/s/ Joseph A. DiClerico, Jr.</u>
                 Joseph A. DiClerico, Jr.
                 District Judge

cc:  Counsel of Record