**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Richard Wansker

    v.                                                         Civil No. 06-cv-171-JD

Target Corporation

**MEDIATION REPORT**

The parties are requested to notify the court about fulfillment of the contingency and about final case settlement within thirty (30) days.

    **SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: April 27, 2007

cc:    Meredith M. Lasna, Esq.
        Sean J. Milano, Esq.
        Peter J. Perroni, Esq.